1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,                     Case No. CR20-164RSL

10                    Plaintiff,

11          v.                                    ORDER DENYING
                                                  REQUEST FOR EARLY
12  EARL WORTHY,                                  TERMINATION OF
                                                  SUPERVISED RELEASE

13                    Defendant.

14

15          This matter comes before the Court on defendant's request for early termination of

16  defendant's supervised release. Dkt. # 6.

17          On May 9, 2016, defendant pled guilty to conspiracy to defraud the government, in

18  violation of 18 U.S.C. § 286; mail fraud, in violation of 18 U.S.C. § 1341; and aggravated

19  identity theft, in violation of 18 U.S.C. § 1028A. Dkt. # 2-1. The U.S. District Court for the

20  District of Alaska sentenced defendant to 70 months in custody and three years of supervised

21  release. Dkt. # 2-2. This Court accepted jurisdiction over defendant on September 29, 2020. Dkt.

22  # 1. Defendant's supervision is set to expire on October 9, 2022. Dkt. # 6 at 2.

23          The Court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] . . .

24  terminate a term of supervised release and discharge the defendant released at any time after the

25  expiration of one year of supervised release . . . if it is satisfied that such action is warranted by

26  the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The

27  Court enjoys "discretion to consider a wide range of circumstances when determining whether

28

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 1

1   to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing

2   United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

3          The Court is pleased to learn that defendant is doing well under supervised release and

4   commends defendant's efforts. Considering, however, defendant's lengthy criminal history and

5   risk of reoffending, the Court finds that it would be premature to terminate supervised release.

6   See 18 U.S.C. §§ 3583(e)(1), 3553(a). Accordingly, at this time, defendant's request for early

7   termination of supervision (Dkt. # 6) is DENIED. The Court encourages defendant to be

8   consistent with restitution payments and the other conditions of supervision, and the Court

9   would consider a renewed request for early termination any time after October 9, 2021.

10  Additionally, if defendant requests Court approval to visit Costa Rica for his wedding, the Court

11  anticipates that it would endorse such a trip.

12         IT IS SO ORDERED.

13

14         DATED this 27th day of April, 2021.

15

16

17         _Mrt S Lasnik_

           Robert S. Lasnik

18         United States District Judge

19

20

21

22

23

24

25

26

27

28

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 2