UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL WORTHY,<br><br>Defendant. | Case No. CR20-164RSM<br><br>ORDER |

The Court has considered Defendant's renewed motion for early termination of supervised release (Dkt #25), the Government's response and the records and files herein. Defendant's motion for early termination of supervised release is DENIED.

DATED this 11th day of February, 2022.

[signature]
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1